```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
MARCUS DICKERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARCUS DICKERSON,<br><br>　　　　Defendant.<br>_____ | No. Cr. F 97-5217 AWI<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Date:　May 19, 2008<br>Time:　9:00 a.m.<br>Judge: Hon. ANTHONY W. ISHII |

　　　Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, MARCUS DICKERSON, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 10, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

　　　Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's

---

[*] Mr. Dickerson has authorized the undersigned to file this application on his behalf.

1  recent retroactive reduction of sentences under the crack cocaine
2  guidelines.  Because Mr. Dickerson's substantial rights may be affected
3  by these criminal proceedings, he is constitutionally entitled to
4  appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).
5       Accordingly, Mr. Dickerson requests the Court issue the order
6  lodged herewith.
7  Dated:   April 10, 2008
8                                       Respectfully submitted,
9                                       DANIEL J. BRODERICK
                                         Federal Defender
10
11                                        /s/ *David M. Porter*
                                         DAVID M. PORTER
12                                       Assistant Federal Defender
13                                       Seeking Appointment as Attorney for Movant
                                         MARCUS DICKERSON
14
15
                            **O R D E R**
16
       Pursuant to defendant's request, and good cause appearing
17
   therefor, the Office of the Federal Defender and Assistant Federal
18
   David M. Porter is hereby appointed to represent defendant with respect
19
   to his motion to reduce sentence.
20
21
   IT IS SO ORDERED.
22
   **Dated:   April 11, 2008**              /s/ **Anthony W. Ishii**
23                                         UNITED STATES DISTRICT JUDGE
24
25
26
27
28

REQUEST FOR APPOINTMENT OF COUNSEL
                                     -2-