```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCUS DICKERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCUS DICKERSON,<br><br>        Defendant.<br>_____ | No. Cr. F 97-5217 AWI<br><br>**STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Date:  May 19, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. ANTHONY W. ISHII |

    Defendant, MARCUS DICKERSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KEVIN P. ROONEY, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Mr. Dickerson was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3.     Accordingly, Mr. Dickerson's offense level has been reduced from 32 to 30, and a sentence at the low end of the new guideline range would be 121 months;

4.     Mr. Dickerson merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Dickerson's positive post-sentencing conduct;

5.     Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Dickerson's term of imprisonment to 121 months.

Dated:  May 9, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| /s/ *Kevin P. Rooney* | /s/ *David M. Porter* |
| KEVIN P. ROONEY | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | MARCUS DICKERSON |

**ORDER**

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 10, 2008.  The motion was set for hearing on May 19, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Dickerson is entitled to the benefit of the retroactive amendment reducing crack

STIPULATION and ORDER REDUCING SENTENCE

-2-

1  cocaine penalties, which reduces the applicable offense level from 32
2  to 30.
3      IT IS HEREBY ORDERED that the term of imprisonment originally
4  imposed is reduced to an aggregate term 121 months on all counts.
5      IT IS FURTHER ORDERED that all other terms and provisions of the
6  original judgment remain in effect.
7      Unless otherwise ordered, Mr. Dickerson shall report to the United
8  States Probation office closest to the release destination within
9  seventy-two hours after his release.

11 IT IS SO ORDERED.
12 **Dated:   May 12, 2008**              **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER REDUCING SENTENCE
-3-